# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| **CHERYL MILLER-HAMILTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 11-378** |
| | ) | |
| **ALLIEDBARTON SECURITY SERVICES,** | ) | |
| **LLC and STEVE REFFITT** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant AlliedBarton Security Services, LLC (hereinafter "AlliedBarton" or "Defendant"), by and through its undersigned counsel, hereby petitions for removal of this action. AlliedBarton states the following in support of its Notice of Removal:

1. Plaintiff Cheryl Miller-Hamilton ("Plaintiff") commenced this action in the Iowa District Court for Polk County by filing her Petition and Jury Demand on or about July 27, 2011, and serving the Petition and Original Notice on AlliedBarton on August 3, 2011.

2. The above-described action is one of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441, in that it is a civil action that arises under the Constitution, treaties or laws of the United States. Specifically, Plaintiff's Petition sets forth a claim under the federal Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*

3. The Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, in that such claims "are so related to claims in the action within

such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

4.   This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), in that it is being filed less than one (1) year after the action was commenced and within thirty (30) days after AlliedBarton was served with Plaintiff's Petition.

5.   Defendant further states that the named individual Defendant, Steve Reffit, incorrectly identified in the Petition as "Steve Reffitt", has not entered an appearance in the state court action, and, to Defendant's knowledge, Mr. Reffit has not been served with process in this matter.

6.   Pursuant to 28 U.S.C. § 1446 and Local Rule 81, Defendant attaches herewith and incorporates by reference copies of all process, pleadings and orders filed in the state court.

7.   Notice of the Removal has been served upon Plaintiff by mail and a Notice of Filing Notice of Removal is being promptly filed with the Clerk of the Court for the Iowa District Court for Polk County, pursuant to 28 U.S.C. § 1446(d).

8.   By filing this Notice of Removal, AlliedBarton has not and does not waive any defenses it might assert or its right to bring any application anywhere in relation to this litigation or its subject matter.

WHEREFORE, AlliedBarton prays that this action be removed to this Court and this Court accept jurisdiction of this action in its entirety and henceforth that this action be placed on the docket of the Court for further proceedings, the same as though this action originally had been instituted in this Court.

Respectfully submitted this 23rd day of August, 2011.

/s/ Amanda G. Wachuta
Nathan J. Overberg (AT0005932)
Amanda G. Wachuta (AT0008250)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-7611
Facsimile:  515/243-2149
E-mail:  noverberg@ahlerslaw.com
        awachuta@ahlerslaw.com

--and--

**MARTENSON, HASBROUCK & SIMON LLP**
Marty N. Martenson (*pro hac vice* to be filed)
Donna L. Keeton (*pro hac vice* to be filed)
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
Tel:  404-909-8100
Fax:  404-909-8120
E-mail:  mnmartenson@martensonlaw.com
E-mail:  dkeeton@martensonlaw.com

**Attorneys for Defendant**
**AlliedBarton Security Services LLC**

Electronically filed.

Electronically served on all parties.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on August 23, 2011.

By        ☐ U.S. Mail                    ☐ Fax

          ☐ Hand Delivery              ☐ Private Carrier

          ☒ Electronically through CM-ECF

Signature /s/ Amanda G. Wachuta

00812250-1\99500-006