IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHERYL MILLER-HAMILTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALLIEDBARTON SECURITY<br>SERVICES, L.L.C.,<br><br>　　　Defendant. | Case No. 4:11-cv-00378<br><br><br><br>STIPULATED DISMISSAL WITH PREJUDICE |

COME NOW the parties and hereby stipulate to dismissal of the above-captioned case with prejudice.


　　　　　　　　　　　　　　　　　　FIEDLER & TIMMER, P.L.L.C.


　　　　　　　　　　　　　　　　　　__/s/ Whitney Judkins_____
　　　　　　　　　　　　　　　　　　Paige Fiedler AT 0002496
　　　　　　　　　　　　　　　　　　paige@employmentlawiowa.com
　　　　　　　　　　　　　　　　　　Whitney Judkins AT 0010357
　　　　　　　　　　　　　　　　　　whitney@employmentlawiowa.com
　　　　　　　　　　　　　　　　　　2900 100th Street, Suite 209
　　　　　　　　　　　　　　　　　　Urbandale, Iowa 50322
　　　　　　　　　　　　　　　　　　Phone: 515-254-1999
　　　　　　　　　　　　　　　　　　Fax: 515-254-9923

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

MARTENSON, HASBROUCK & SIMON LLP

*/s/ Donna L. Keeton*
Marty N. Martenson (*admitted pro hac vice*)
mnmartenson@martensonlaw.com
Donna L. Keeton (*admitted pro hac vice*)
dkeeton@martensonlaw.com
3379 Peachtree Road, N.E., Suite 400
Atlanta, GA 30326
Telephone: 404-909-8100
Fax: 404-909-8120

Nathan J. Overberg
Amanda G. Wachuta
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309-2231
Telephone: 515-243-7611
Fax: 515-243-2149

ATTORNEYS FOR DEFENDANT

---

**ELECTRONIC PROOF OF SERVICE**

I, hereby certify that on the 27th day of July, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

**Signature:** ___*/s/ Fiedler & Timmer*_____